Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

No. 59168.—Allied Display Materials, Inc. v. United States, protest 238753–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

No. 59169.—North China Produce Corp. v. United States, protests 512232–G, 551040–G, and 577814–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 59170.—Camera Specialty Co., Inc., and Rohner, Gehrig & Co., Inc. v. United States, protests 229984–K, 233653–K, and 236434–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the repairs on the photographic lenses were made in the Western Zone of Germany and that the issues are similar in all material respects to those the subject of *Camera Specialty Co., Inc.,* and *Rohner Gehrig & Co., Inc.* v. *United States* (34 Cust. Ct. 27, C. D. 1672), the claim of the plaintiffs was sustained.